In the Matter of the Claim of DAVID WYCHE, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted February 11, 2013; decided April 25, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 967 (2012)].

Judge RIVERA taking no part.